AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>MYRNA DELGADO<br>Date of Previous Judgment: __06/27/1995__<br>(Use Date of Last Amended Judgment if Applicable) | )<br>)<br>) Case No: __94-27 E__<br>) USM No: __10578-068__<br>) __Thomas W. Patton__<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188__ months **is reduced to** __time served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __36__                Amended Offense Level: __34__
Criminal History Category: __I__              Criminal History Category: __I__
Previous Guideline Range: __188__ to __235__ months    Amended Guideline Range: __151__ to __188__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __06/27/1995__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 11, 2008__

Effective Date: __March 14, 2008__
(if different from order date)

Judge's signature

__Sean J. McLaughlin, U.S. District Judge__
Printed name and title